UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Glen Fields
Fed. Reg. No. 09189-007
Rivers Correctional Institution
Post Office Box 630
Winton, North Carolina 27986
    Plaintiff

v.

Federal Bureau of Prisons
320 First Street, NW
Washington, D.C. 20534
    Defendant.

CASE NUMBER  1:06CV00907

JUDGE: Richard J. Leon

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 05/15/2006

## PLAINTIFF'S COMPLAINT REQUESTING RELIEF PURSUANT TO THE FREEDOM OF INFORMATION ACT TITLE 5 U.S.C. § 552 et. seq.

COMES NOW, PLAINTIFF Glen Fields, moving pro se, and hereby respectfully requests this Honorable Court to compel the Federal Bureau of Prisons to relinquish to him the specifically requested documents outlined in Plaintiff's Freedom of Information Act Request. This Court has jurisdiction to entertain this complaint pursuant to Title 5 U.S.C. § 552(a)(4)(B) (West. Supp. 2005). Gallace v. U.S. Dept. of Agriculture, 273 F. Supp.2d 53, 58 (D.D.C. 2003). In support of this complaint, Plaintiff asserts the following:

1. Plaintiff is a District of Columbia Code Offender, confined at Rivers Correctional Institution pursuant to a contract between the Bureau of Prisons ("BOP") and the GEO Group, Inc. See D.C. Code § 24-101(b) (2001).

RECEIVED
APR 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page 1 of 4

1

2. On or about March 3, 2006, Plaintiff sent a Freedom of Information Act ("FOIA") request to the care of Wanda M. Hunt, Chief, FOIA/PA Section of the BOP. The FOIA request was sent to the BOP's office via the United States Postal Service's certified mail No. 7000 1530 0004 8493 0918. See D.C. Code § 14-506(West. 2001)(certified mail return receipt as prima face evidence of delivery). So. v. 514 10th Street Associates, L.P., 834 A.2d 910, 914 n. 3 (D.C. 2003); Associated Estates, LLC v. Caldwell, 779 A.2d 939, 944 (D.C. 2001). A response to the F.O.I.A. request was due by April 20, 2006. See Exhibit One.

3. Within Plaintiff's March 3, 2006 FOIA request, he specifically requested the following items as outlined below:

> A. A copy of all the original 2000 contract (J1PCc-005), and the subsequesnt contract (J1PCc-002) between the Bureau of Prisons ("BOP") and the Wackenhut Corrections Corporation (now known as "Global Experts In Outsourcing"), with respect to the construction and operation of Rivers Correctional Institution, 145 Parkers Fishery Road, Winton, North Carolina 27986.

As of this instant complaint, the BOP has failed to relinquish the requested documents to Plaintiff within the twenty (20) day window authorized by Title 5 U.S.C. § 552(a)(6)(A)(i) (West. 2005). Judicial Watch, Inc. v. Rossotti, 326 F.3d 1309, 1210 (D.C. Cir. 2003); Judicial Watch Inc. v. Naval Observatory, 160 F.Supp.2d 111, 112-113 (D.D.C. 2001).

4. Plaintiff clearly described the documents sought in accordance with the BOP's regulation. Cf. 28 C.F.R. § 513.61(c) (2004). The FOIA request was advanced to the BOP's office in good faith. Because of the BOP's inaction with regard to the Plaintiff's March 3, 2006 FOIA request, and their slighting of 28

C.F.R. § 513.61(c), this Court has the unfettered authorization to compel the BOP to relinquish to plaintiff the documents outlined in paragraph 3 of this complaint. See chiefly Title 5 U.S.C. § 552(a)(4)(B). Gallace v. U.S. Dept. of Agriculture, 273 F.Supp.2d at 58 (D.DC. 2003).

5. Enclosed with this instant complaint is plaintiff's requisite application to proceed In Forma Pauperis. See U.S.C. § 1915 et. seq. The Court is requested to consider this complaint as timely filed, and to suspend any and all prospective unexhausted BOP remedies during the pendency of this action. See McCall v. U.S. Marshal's Service, 36 F.Supp.2d 3, 5 (D.D.C. 1999).

### RELIEF SOUGHT

Plaintiff seeks the following relief:

A. An order from the Court enjoining the BOP to relinquish to him all the documents outlined in paragraph 3 of this complaint within ten (10) days of the Court's mandate; and,

B. An order from the Court enjoining the BOP to reimburse plaintiff for the entire court filing fee, and for any and all costs that plaintiff may incur during course of this action.

WHEREFORE, plaintiff prays that the Court will grant him the relief that he is respectfully seeking, in an expeditious manner.

Respectfully Submitted,

/s/ _____
Glen Fields

I declare under the penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information, and blief.  See Title 28 U.S.C. § 1746 (West Rev. Ed. 2005).

Executed on 4/24/2006.   /s/ _____
                              Glen Fields

```
        Glen Fields No.09189-007
    Rivers Correctional Institution
          Post Office Box 630
    Winton, North Carolina 27986-0630
```

March  3 , 2006


Wanda M. Hunt                           <u>VIA CERTIFIED MAIL No.</u>
Chief, FOIA/PA Section                  7000153000048493 0918
Federal Bureau of Prisons
320 First Street N.W., Room 843
HOLC Building
Washington, DC 20534

    Re:  Request for BOP documents and contract Pursuant to the F.O.I.A., Title 5 U.S.C. § 552 et seq., and 28 C.F.R. § 16.3(b) (2004).

Dear Ms. Hunt:

This instant one (1) part request is for the following:

1.  A copy of **all** the **original 2000 contract** (J1PCc-005), and the subsequent contract (J1PCc-002) between the Bureau of Prisons ("BOP") and the Wackenhut Corrections Corporation (now known as "Global Experts In Outscoring"), with respect to the construction and operation of Rivers Correctional Institution, 145 Parkers Fishery Road, Winton, North Carolina 27986.

This request is presented to you in accordance with Title 5 U.S.C. § 552 (West. 1996) and 28 C.F.R. § 16.3(b) (2004). I am requesting that your office waive all costs for the searching and copying of the foregoing contract and B.O.P. documents. <u>See</u> Title 5 U.S.C. § 552(a)(4)(i) (West. 2004). Importantly, a response to this request for information is required within twenty (20) days. <u>See</u> Title 5 U.S.C. § 552(a)(6)(A)(i) (West. 2004), and 28 C.F.R. §§ 513.68 and 513.64(b) (2004).

Thank you for your cooperation in this matter.

Sincerely,

*[signature]*

**06 0907**

**FILED**

MAY 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXHIBIT ONE

I declare under the penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information, and belief. <u>See</u> Title 28 U.S.C. § 1746.

Executed on: __3__/__2__/2006                    _____
                                                        Glen Fields



**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7000 1530 0004 8493 0918**
Status: **Delivered**

Your item was delivered at 10:13 am on March 13, 2006 in WASHINGTON, DC 20534.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

